UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

DMD Florida Development 2, LLC,

        Debtor.
_____/

Case No. 25-10088-SMG
Chapter 11
<u>Jointly administered</u>

In re:

DMD Florida Restaurant Group C, LLC,

        Debtor.
_____/

Case No. 25-10089-SMG
Chapter 11

In re:

DMD Florida Restaurant Group D, LLC

        Debtor.
_____/

Case No. 25-10091-SMG
Chapter 11

**EMERGENCY MOTION TO COMPEL PNC BANK TO UNFREEZE THE DEBTORS' ACCOUNTS**

**EMERGENCY HEARING REQUESTED**

<u>Reason for Exigency</u>

**PNC Bank has frozen the Debtors' accounts and severely restricted access. Without access to said funds, the Debtors may not be able to pay critical expenses in a timely manner, nor receive revenue from merchant processors. Therefore, the Debtors respectfully request that this matter be set for hearing on the earliest date this Court deems appropriate.**

Pursuant to Sections 105, 362, 541, and 542 of Title 11 of the United States Code (the "Bankruptcy Code"), DMD Development 2, LLC ("DMD Development 2"),

DMD Restaurant Group C, LLC ("DMD C"), and DMD Restaurant Group D, LLC ("DMD D"), the Debtors and Debtors-in-Possession (collectively, the "Debtors"), by and through undersigned counsel, hereby move this Court for entry of an order compelling PNC Bank to immediately unfreeze the Debtors' accounts, lift all holds imposed, and remove all limitations imposed by PNC Bank. In support thereof, the Debtors state as follows:

1. On January 6, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2. The Debtors are operating their business and managing their affairs as debtors-in-possession. 11 U.S.C. §§ 1107(a) and 1108. As of the date of this filing, no creditors' committee, trustee and/or examiner have been appointed in these cases.

3. Prior to the Petition Date, the Debtors each maintained one (1) checking account and DMD C and DMD D each have three (3) merchant credit card processing accounts for each of their bank accounts which are used in the ordinary course of business to efficiently collect, transfer, and disburse funds generated by their business operations. As more fully described below, and in the attached Exhibit "A", the Debtors have 3 bank existing accounts at PNC Bank (collectively, the "Bank Accounts").

4. On January 7, 2025, Debtors' manager was notified that several checks drawn from the Bank Accounts had been reversed and the Bank Accounts have been frozen.

5. The blocked access to Debtors' Bank Accounts is a major issue and must be addressed immediately or else the Debtors' operations will be irretrievably harmed.

6. The deposits from the Bank Accounts are used for urgent and necessary expenses. The Debtors make disbursements for accounts payable, payroll and other employee obligations from the Bank Accounts. The Debtor pays such obligations either through wire transfer or ACH, paper and/or electronic checks from these accounts. The Debtors also various vendors daily by ACH, which payments are required to operate the restaurants.

7. The Debtors are in the process of opening DIP accounts but require access to their pre-petition Bank Accounts in the meantime so as to minimize disruption to ongoing operations[1].

8. Per 11 U.S.C. § 362(a)(3), the filing of the bankruptcy petition operates as a stay against "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."

9. Per 11 U.S.C. § 542(a), "an entity…in possession, custody, or control, during the case, of property that the trustee may use…shall deliver to the trustee [or debtor in possession], and account for, such property or the value of such property…"

10. Undersigned counsel conferred with general counsel for PNC and requested that the Bank Accounts be unfrozen, but was informed that a DIP account must be opened or a court order entered in order to comply with the bank's policies

---

[1] An Emergency Motion for Authority to Use Prepetition Bank Accounts and other related relief is being filed concurrently herewith.

and protocols. However, PNC is no longer opening DIP accounts and the Debtors are in the process of opening such accounts with a different institution. Accordingly, the Debtors seek the relief set forth in this Motion.

WHEREFORE, the Debtors respectfully request an order from the Court directing PNC Bank to immediately unfreeze all of the Debtors' accounts, to lift all holds imposed, to remove all limitations imposed by PNC Bank, and to direct PNC Bank to generally revert to the status quo which existed prior to the Petition Date, and granting such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing will be furnished to all creditors and interested parties with a copy of the Notice of Hearing hereon.

Dated: January 8, 2025

        Wernick Law, PLLC
        *Proposed Counsel for the Debtors*
        2255 Glades Road, Suite 324A
        Boca Raton, Florida 33431
        (561)961-0922

        By: */s/Aaron A. Wernick*
        Aaron A. Wernick, Esq.
        FL Bar No. 14059
        awernick@wernicklaw.com
        Hayley G. Harrison, Esq.
        FL Bar No. 105157
        hharrison@wernicklaw.com

# EXHIBIT "A"

## BANK ACCOUNT INFORMATION

**DMD Florida Development 2, LLC**
**PNC Bank**
**Account no. ending in 9933**

**DMD Florida Restaurant Group C, LLC**
**PNC Bank**
**Account no. ending in 5836**

**DMD Florida Restaurant Group D, LLC**
**PNC Bank**
**Account no. ending in 9941**