Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25−10088−SMG

Chapter: 11

**In re:**
DMD Florida Development 2, LLC
15951 SW 41st St.
Suite 800
Davie, FL 33331
EIN: 80−0962298

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Scott M Grossman to consider the following:

**Emergency Motion to Use Cash Collateral of Florida Restaurant Franchise Group, IX, LP Filed by Debtor DMD Florida Development 2, LLC (Wernick, Aaron) (6)**

**Motion for Maintenance of Existing Bank Accounts at PNC Bank Filed by Debtor DMD Florida Development 2, LLC (Wernick, Aaron) (8)**

**Emergency Motion to Compel PNC Bank to Unfreeze the Debtors' Accounts Filed by Debtor DMD Florida Development 2, LLC (Wernick, Aaron) (9)**

**Motion for Pre−Petition Wages Emergency Hearing Requested Filed by Debtor DMD Florida Development 2, LLC, Interested Parties DMD Florida Restaurant Group C, LLC, DMD Florida Restaurant Group D LLC (Wernick, Aaron) (12)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** January 9, 2025
   **Time:** 01:30 PM
   **Location:** U.S. Courthouse, 299 E Broward Blvd, Courtroom 308, Ft Lauderdale, FL 33301

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities.

Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Dated: 1/8/25**                                                                 **CLERK OF COURT**
                                                                                    By: Edy Gomez
                                                                                    Courtroom Deputy