UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

DMD Florida Development 2, LLC,

        Debtor.

_____/

Case No. 25-10088-SMG
Chapter 11
<u>Jointly administered</u>

In re:

DMD Florida Restaurant Group C, LLC,

        Debtor.

_____/

Case No. 25-10089-SMG
Chapter 11

In re:

DMD Florida Restaurant Group D, LLC

        Debtor.

_____/

Case No. 25-10091-SMG
Chapter 11

**<u>CERTIFICATE OF SERVICE – ECF 6, 7, 8, 9, 10, 12, 13, 14, & 15</u>**

I HEREBY CERTIFY that a true and correct copies of the following documents were served on all parties listed below in the manner and dates indicated:

**[DE 6]** Emergency Motion to Use Cash Collateral of Florida Restaurant Franchise Group, IX, LP

**[DE 7**] Order Granting Motion for Joint Administration

**[DE 8]** Motion for Maintenance of Existing Bank Accounts *at PNC Bank*

**[DE 9]** Emergency Motion to Compel PNC Bank to Unfreeze the Debtors' Accounts

**[DE 10]** Application to Employ Aaron A. Wernick, Esq and Wernick Law, PLLC as Attorneys for the Debtors *Effective as of the Petition Date*

**[DE 12]** Motion for Pre-Petition Wages

**[DE 13]**   Declaration of Jack Flechner in Support of Chapter 11 Petitions
and First Day Motions

**[DE 14]**   Notice of Hearing (Re: DE 6, DE, 7, DE 8, DE 9, DE 10, DE 12,
DE  13)

**[DE 15]**   Notice of Filing of Estimated Cash Budget of DMD C and
DMD D, attachment to the Debtor's Motion to Use Cash Collateral
of Florida Restaurant Franchise Group, IX, LP

Dated: January 8, 2025

Wernick Law, PLLC
*Counsel for the Debtors*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No.14059
awernick@wernicklaw.com
Hayley G. Harrison, Esq.
Florida Bar No. 105157
hharrison@wernicklaw.com

**SERVED VIA MANUAL EMAIL ON JANUARY 8, 2025 TO:**

Constrology    accounting@constrology.com
AAcorn  accounting@aacornlock.com
Knighs Protection      knightsprotectionservice@gmail.com
Color Mark     ARDesk@colormark-lc.com
Performance Award Center    emcconachie@pac-inc.com
Klene Supreme envir@klenesupreme.com      christian@klenesupreme.com
Rhino Paper     Samantha@rhinopaper.com
RTI - Restaurant Technologies  customercare@rti-inc.com
Cusanos ar@cusanos.com,   onlinepayment@cusanos.com
RNDC       MARK.MOLINA@RNDC-USA.COM
Breakthru / Premier Beverage strigg@breakthrubev.com
Mr Greens lucy.hernandez@mrgreensproduce.net
Cozzini  customerservice@cozzinibros.com
Ed Don  acctsreceivable@don.com
Alsco    gdenny@alsco.com      inge.chronister@alsco.com
Regulatory Compliance Services    sbrown@FRLA.org
Tropical Del   support@paywholesail.com

Decision Logic accounting@decisionlogic.co
Cheney Brothers invoices@cheneybrothers.com
Broward Nelson  billing@browardnelson.com
Felix Fera          melissac@felixferaplumbing.com
Aire Master      broward@cs.airemaster.com
Bar vision        christina@barvision.com
Ecolab            invoicedelivery@ecolab.com
Reliable Premium Management  info@reliablepremium.com
Gas South        CustomerService@GasSouth.com
David Stahl, Esq. dstahl@cozen.com
John McDonald, Esq.  jmcdonald@cozen.com
Louis D. D'Agostino, Esq. lddagostino@napleslaw.com, bmdavis@napleslaw.com
Rachael S. Loukonen, Esq. rloukonen@napleslaw.com, nmtelischak@napleslaw.com,
Jonathan R. Fitzmaurice, Esq.  jfitzmaurice@napleslaw.com sfuentes@napleslaw.com
William Joyce, Esq. wjoyce@joyceassociates.com
Pavel L. Paromov, Esq. pparomov@investmentgreencard.com

**SERVED VIA U.S. MAIL ON JANUARY 8, 2025 TO**:
To all parties on the attached mailing list and served by Stretto.

**SERVED VIA CM/ECF NOTICE ON JANUARY 8, 2025 TO:**

**Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee**
martin.p.ochs@usdoj.gov

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

---

| | |
|---|---|
| **In re:** | **Case No: 25-10088-SMG** |
| **DMD Florida Development 2, LLC,** | **Chapter 11** |
|                 **Debtor.__** | **Jointly administered** |
| _____/ | |
| **In re:** | **Case No: 25-10089-SMG** |
| **DMD Florida Restaurant Group C, LLC,** | **Chapter 11** |
|                 **Debtor,** | |
| _____/ | |
| **In re:** | **Case No: 25-10091-PDR** |
| **DMD Florida Restaurant Group D, LLC,** | **Chapter 11** |
|                 **Debtor.__** | **Jointly administered** |

---

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

---

On 1/8/2025, I did cause a copy of the following document, described below.

**[DE 6]   Emergency Motion to Use Cash Collateral** *of Florida Restaurant Franchise Group, IX, LP*
**[DE 7]   Order Granting Motion For Joint Administration on Case 0:2025-bk-10088-SMG**
**[DE 8]   Motion for Maintenance of Existing Bank Accounts** *at PNC Bank* **Filed by Debtor DMD Florida Development 2, LLC**
**[DE 9]   Emergency Motion to Compel** *PNC Bank to Unfreeze the Debtors' Accounts*
**[DE 10]  Application to Employ Aaron A. Wernick, Esq and Wernick Law, PLLC as Attorneys for the Debtors** *Effective as of the Petition Date*
**[DE 12]  Motion for Pre-Petition Wages**
**[DE 13]  Declaration** *of Jack Flechner in Support of Chapter 11 Petitions and First Day Motions*
**[DE 14]  Notice of Hearing (Re: DE 6, DE, 7, DE 8, DE 9, DE 10, DE 12,  DE 13)**
**[DE 15]  Notice of Filing** *of Estimated Cash Budget of DMD C and DMD D, attachment to the Debtor's Motion to Use Cash Collateral of Florida Restaurant Franchise Group, IX, LP*

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/8/2025

                                      */s/Aaron A. Wernick*
                                      Aaron A. Wernick, Esq.
                                      Florida Bar No.: 14059
                                      Wernick Law, PLLC
                                      2255 Glades Road, Suite 324A
                                      Boca Raton, FL 33431
                                      (561)961-0922
                                      awernick@wernicklaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

---

**In re:**                                                  **Case No: 25-10088-SMG**
**DMD Florida Development 2, LLC,**                          **Chapter 11**
                        **Debtor.__**                       **Jointly administered**
_____/

**In re:**                                                  **Case No: 25-10089-SMG**
**DMD Florida Restaurant Group C, LLC,**                    **Chapter 11**


                        **Debtor,**
_____/

**In re:**                                                  **Case No: 25-10091-PDR**
**DMD Florida Restaurant Group D, LLC,**                    **Chapter 11**
                        **Debtor.__**                       **Jointly administered**

---

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

---

On 1/8/2025, I did cause a copy of the following document, described below.

**[DE 6]   Emergency Motion to Use Cash Collateral** *of Florida Restaurant Franchise Group, IX, LP*
**[DE 7]   Order Granting Motion For Joint Administration on Case 0:2025-bk-10088-SMG**
**[DE 8]   Motion for Maintenance of Existing Bank Accounts** *at PNC Bank* **Filed by Debtor DMD Florida Development 2, LLC**
**[DE 9]   Emergency Motion to Compel** *PNC Bank to Unfreeze the Debtors' Accounts*
**[DE 10]   Application to Employ Aaron A. Wernick, Esq and Wernick Law, PLLC as Attorneys for the Debtors** *Effective as of the Petition Date*
**[DE 12]   Motion for Pre-Petition Wages**
**[DE 13]   Declaration** *of Jack Flechner in Support of Chapter 11 Petitions and First Day Motions*
**[DE 14]   Notice of Hearing (Re: DE 6, DE, 7, DE 8, DE 9, DE 10, DE 12,  DE 13)**
**[DE 15]   Notice of Filing** *of Estimated Cash Budget of DMD C and DMD D, attachment to the Debtor's Motion to Use Cash Collateral of Florida Restaurant Franchise Group, IX, LP*

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/8/2025

                                               */s/ Naomi Rodriguez*
                                                Naomi Rodriguez
                                                c/o Stretto
                                                410 Exchange Ste 100
                                                Irvine, CA 92602

EXHIBIT

| | | | |
|---|---|---|---|
| Broward County Tax Collector | | 115 S. Andrews Ave | Room 114 | Fort Lauderdale, FL 33301-1873 |
| City of Pembroke Pines | | PO Box 296005 | | Hollywood, FL 33026 |
| Colormark | | 1840 Hutton Drive | Bldg 208 | Carrollton, TX 75006-6660 |
| Constrology Services | | 10400 W McNab Rd | | Tamarac, FL 33321-1816 |
| Cusanos Baking Company | | 5480 West Hillsboro Blvd | | Pompano Beach, FL 33073-4307 |
| Direct TV | | PO Box 105249 | | Atlanta, GA 30348-5249 |
| EdDon | | 2562 Payshere Circle | | Chicago, IL 60674-0001 |
| FPL RRD/LFO BKY | | 4200 W. Flagler St. | | Miami, FL 33134-1606 |
| Florida Dept of Revenue | Bankruptcy Section | PO Box 6668 | | Tallahassee, FL 32314-6668 |
| Florida Restaurant Franchise Group IX,LP | | 5621 Strand Blvd | Ste 202 | Naples, FL 34110-7303 |
| Hong Jiang | c/o David Martin Stahl, Esq. | 200 S. Biscayne Blvd | Ste 3000 | Miami, FL 33131-2305 |
| Internal Revenue Service | | P.O. Box 7346 | | Philadelphia, PA 19101-7346 |
| Joe Hand Promotions | | 213 West Street Rd | | Feasterville Trevose, PA 19053-4116 |
| John K. McDonald, Esq. | | 1650 Market St. | Suite 1910 | Philadelphia, PA 19103-7301 |
| Kai Tsutsumi | c/o Cozen O'Conner | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103-7325 |
| Klene Supreme | | 859 Okaloosa Ave | | Orlando, FL 32822-8151 |
| Mark C. Perry, Esq. | | 6245 N. Federal Highway | Suite 321 | Fort Lauderdale, FL 33308-1915 |
| Mr Greens | | 2450 NW 116th Street | Building 1 | Miami, FL 33167-0006 |
| PP Omni | | 15951 SW 41st St | Suite 800 | Davie, FL 33331-1521 |
| RTI (Restaurant Technologies) | | 12962 Collections Center Dr. | | Chicago, IL 60693-0129 |
| Sysco | | 1390 Enclave Parkway | | Houston, TX 77077-2099 |
| TECO | | PO Box 31318 | | Tampa, FL 33631-3318 |
| Twin Peaks Corporate | | 5151 Belt Line Rd | Suite 1200 | Dallas, TX 75254-7858 |
| Yang Huang | c/o David Martin Stahl, Esq. | 200 S. Biscayne Blvd, Ste 3000 | | Miami, FL 33131-2305 |