

**ORDERED in the Southern District of Florida on January 10, 2025.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Case No. 25-10088-SMG |
| DMD Florida Development 2, LLC, | Chapter 11 |
| | <u>Jointly administered</u> |
| Debtor. | |
| _____/ | |
| In re: | |
| | Case No. 25-10089-SMG |
| DMD Florida Restaurant Group C, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |
| In re: | |
| | Case No. 25-10091-SMG |
| DMD Florida Restaurant Group D, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |

**<u>ORDER GRANTING DEBTORS' EMERGENCY MOTION TO
COMPEL PNC BANK TO UNFREEZE THE DEBTORS' BANK ACCOUNTS</u>**

**THIS MATTER** came before the Court on January 9, 2025 at 1:30 p.m. in Fort Lauderdale, Florida upon the Debtors' DMD Florida Development 2, LLC ("DMD Development 2"), DMD Florida Restaurant Group C, LLC ("DMD C"), and DMD Florida Restaurant Group D, LLC ("DMD D"), the Debtors and Debtors-in-Possession (collectively, the "Debtors") *Emergency Motion to Compel PNC Bank to Unfreeze the Debtor's Bank Accounts* [ECF 9] (the "Motion"). The Court, having reviewed the record and having heard the proffers of counsel, for the reasons stated on the record at the hearing and being otherwise fully advised in the premises, does hereby

**ORDER and ADJUDGE** as follows:

1. The Motion is **GRANTED** on a final basis**,** to the extent set forth herein.

2. PNC Bank is directed to immediately unfreeze all of the Debtors' Bank Accounts, to lift all holds imposed, to remove all limitations imposed on the Bank Accounts by PNC Bank, and to generally revert to the status quo which existed prior to the Petition Date.

###

**Submitted by:**
Aaron A. Wernick, Esq.
Hayley G. Harrison, Esq.
Wernick Law, PLLC
*Proposed Attorneys for the Debtors*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561)961-0922
awernick@wernicklaw.com

*Hayley G. Harrison, Esq*. *is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*

- 2 -